AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 22-cv-252

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Department of Justice__

was received by me on *(date)* __4/25/2022__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: __Certified Mail__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __4/29/2022__

__John Q. Russell__
Server's signature

__John Russell, Senior Research Associate__
Printed name and title

__1600 Wilson Blvd., Ste. 700__
__Arlington, VA 22209__
Server's address

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70210350000076691847

Remove ✕

Your item was picked up at a postal facility at 4:49 am on April 27, 2022 in WASHINGTON, DC 20530.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Individual Picked Up at Postal Facility

April 27, 2022 at 4:49 am
WASHINGTON, DC 20530

Feedback

---

**Text & Email Updates** ⌃

Select what types of updates you'd like to receive and **how.** Send me a notification for:

| Text | Email |
|---|---|
| ☐ | ☐ All Below Updates |
| ☐ | ☐ Expected Delivery Updates ⓘ |
| ☐ | ☐ Day of Delivery Updates ⓘ |
| ☐ | ☐ Package Delivered ⓘ |

☐    ☐ Available for Pickup ⓘ

☐    ☐ Delivery Exception Updates ⓘ

☐    ☐ Package In-Transit Updates ⓘ

---

**Tracking History** ⌃

**April 27, 2022, 4:49 am**
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
Your item was picked up at a postal facility at 4:49 am on April 27, 2022 in WASHINGTON, DC 20530.

**April 26, 2022, 10:35 am**
Available for Pickup
WASHINGTON, DC 20530

**April 26, 2022, 8:59 am**
Arrived at Post Office
WASHINGTON, DC 20018

**April 26, 2022, 5:59 am**
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**April 26, 2022, 5:21 am**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**April 26, 2022, 3:40 am**
Departed USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER

**April 25, 2022, 10:12 pm**
Arrived at USPS Regional Origin Facility
MERRIFIELD VA DISTRIBUTION CENTER

Feedback

**April 25, 2022, 5:31 pm**
Departed Post Office
ARLINGTON, VA 22201

**April 25, 2022, 1:30 pm**
USPS in possession of item
ARLINGTON, VA 22201

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⋀

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 22-cv-252

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Merrick Garland, Attorney General**
was received by me on *(date)* **4/25/2022**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: **Certified Mail**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **4/29/2022**

*Server's signature:* John H. Russell

*Printed name and title:* **John Russell, Senior Research Associate**

*Server's address:* **1600 Wilson Blvd., Ste. 700, Arlington, VA 22209**

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70210350000076691854

Remove ✕

Your item was picked up at a postal facility at 4:49 am on April 27, 2022 in WASHINGTON, DC 20530.

USPS Tracking Plus® Available ⌄

## ⊘ Delivered, Individual Picked Up at Postal Facility

April 27, 2022 at 4:49 am
WASHINGTON, DC 20530

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

**April 27, 2022, 4:49 am**
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
Your item was picked up at a postal facility at 4:49 am on April 27, 2022 in WASHINGTON, DC 20530.

**April 26, 2022, 10:35 am**
Available for Pickup
WASHINGTON, DC 20530

**April 26, 2022, 8:59 am**
Arrived at Post Office
WASHINGTON, DC 20018

**April 26, 2022, 5:48 am**
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**April 26, 2022, 5:21 am**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**April 26, 2022, 3:40 am**
Departed USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER

**April 25, 2022, 10:13 pm**
Arrived at USPS Regional Origin Facility
MERRIFIELD VA DISTRIBUTION CENTER

**April 25, 2022, 5:31 pm**
Departed Post Office
ARLINGTON, VA 22201

**April 25, 2022, 1:26 pm**
USPS in possession of item
ARLINGTON, VA 22201

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 22-cv-252

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Roger B. Handberg**
was received by me on *(date)* **4/25/2022**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: **Certified Mail**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **4/29/2022**

_____
Server's signature

**John Russell, Senior Research Associate**
Printed name and title

**1600 Wilson Blvd., Ste. 700**
**Arlington, VA 22209**
Server's address

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Track Another Package +

Remove ✕

**Tracking Number:** 70210350000076691830

Your item was delivered to the front desk, reception area, or mail room at 10:57 am on April 28, 2022 in FORT MYERS, FL 33901.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Front Desk/Reception/Mail Room

April 28, 2022 at 10:57 am
FORT MYERS, FL 33901

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

April 28, 2022, 10:57 am
Delivered, Front Desk/Reception/Mail Room
FORT MYERS, FL 33901
Your item was delivered to the front desk, reception area, or mail room at 10:57 am on April 28, 2022 in FORT MYERS, FL 33901.

April 28, 2022, 8:19 am
Out for Delivery
FORT MYERS, FL 33901

**April 28, 2022, 8:08 am**
Arrived at Post Office
FORT MYERS, FL 33901

**April 28, 2022, 6:28 am**
Arrived at USPS Facility
FORT MYERS, FL 33901

**April 28, 2022, 5:53 am**
Departed USPS Regional Facility
FORT MYERS FL DISTRIBUTION CENTER

**April 28, 2022, 1:37 am**
Arrived at USPS Regional Destination Facility
FORT MYERS FL DISTRIBUTION CENTER

**April 27, 2022**
In Transit to Next Facility

**April 25, 2022, 9:42 pm**
Arrived at USPS Regional Origin Facility
DULLES VA DISTRIBUTION CENTER

**April 25, 2022, 5:31 pm**
Departed Post Office
ARLINGTON, VA 22201

**April 25, 2022, 1:27 pm**
USPS in possession of item
ARLINGTON, VA 22201

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530    OFFICIAL USE

| Certified Mail Fee | $3.75 | | 0133 06 |
|---|---|---|---|
| Extra Services & Fees (check box, add fee as appropriate) | | $0.00 | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $8.95 | | 04/25/2022 |
| Total Postage and Fees | $12.70 | | |

Sent To: U.S. Department of Justice
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave., N.W.
City, State, ZIP+4®: Washington, D.C. 20530

7021 0350 0000 7669 1847

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530    OFFICIAL USE

| Certified Mail Fee | $3.75 | | 0133 06 |
|---|---|---|---|
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $8.95 | | 04/25/2022 |
| Total Postage and Fees | $12.70 | | |

Sent To: Merrick Garland
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave., N.W.
City, State, ZIP+4®: Washington, D.C. 20530

7021 0350 0000 7669 1854

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Fort Myers, FL 33901    OFFICIAL USE

| Certified Mail Fee | $3.75 | | 0133 06 |
|---|---|---|---|
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | $0.00 | |
| Postage | $8.95 | | 04/25/2022 |
| Total Postage and Fees | $12.70 | | |

Sent To: Roger Handberg
Street and Apt. No., or PO Box No.: 2110 First St., Ste. 3-137
City, State, ZIP+4®: Ft. Myers, FL 33901

7021 0350 0000 7669 1830

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions