# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# Fort Myers Division

|  |  |
|---|---|
| THE FOUNDATION FOR GOVERNMENT ACCOUNTABILITY, | )<br>)<br>)<br>) |
| *Plaintiff*, | ) Case No. 2:22-cv-00252-JLB-KCD |
| v. | ) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| *Defendant*. | ) |

## UNOPPOSED MOTION FOR EXTENSION

Defendant, by and through undersigned counsel and unopposed by Plaintiff, requests a one-week extension to the deadlines in this case. Good cause exists for the requested extension. Defendant has been working diligently to process the records at issue in the underlying FOIA request in this matter and has learned that nearly all of the responsive records will require consultation with multiple governmental offices that have equities in those records before the records can be produced to Plaintiff. Given the time it will take to complete these consultations, harmonize any redactions suggested by various entities, and prepare the records for production, Defendant anticipates that it will be very difficult to meet the current production deadline of September 1, 2022. Defendant has not previously requested an extension to the

1

deadlines that were set at the initial scheduling conference on July 12, 2022. *See* ECF No. 31.

Under Defendant's requested, unopposed schedule, the new deadlines for the case would be as follows:

| DEADLINE | ORIGINAL DATE | NEW PROPOSED DATE |
|---|---|---|
| **Completion of FOIA Production and Delivery to Plaintiff** | September 1, 2022 | September 8, 2022 |
| ***Vaughn* Index Provided to Plaintiff** | September 15, 2022 | September 22, 2022 |
| **Mediation** | September 23, 2022 | September 30, 2022 |
| **Joint Status Report** | September 26, 2022 | October 3, 2022 |
| **Dispositive Motions** | October 13, 2022 | October 20, 2022 |
| **Joint Status Report** | 14 days following the Court's decision on summary judgment | Same as original |

## Local Rule 3.01(g) Certification

Undersigned counsel certifies that she conferred with counsel for Plaintiff via email on August 15 and 16, 2022. Plaintiff's counsel indicated that Plaintiff does not oppose Defendant's motion for a one-week extension to the deadlines in this case.

Dated: August 17, 2022	Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/   *Laurel H. Lum*
LAUREL H. LUM
Trial Attorney (NY Bar No. 5729728)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St NW
Washington, D.C. 20005
Telephone: (202) 305-8177
Email: laurel.h.lum@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2022, I filed the foregoing via the CM/ECF system, which will send a Notification of Electronic Filing to:

> **Jeffrey M. Harris**
> **Frank H. Chang**
> Consovoy McCarthy PLLC
> 1600 Wilson Blvd. Suite 700
> Arlington, VA 22209
> (202) 321-4120
> (703) 243-9423
> (727) 504-8994
> jeff@consovoymccarthy.com
> frank@consovoymccarthy.com

/s/ *Laurel H. Lum*
LAUREL H. LUM
Trial Attorney, Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Phone: 202-305-8177
Email:  laurel.h.lum@usdoj.gov